IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-2066 -AP

Mandi Lollar,

    Plaintiff,

v.

Carolyn Colvin, Acting Commissioner of Social Security,

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

1. **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
Diane K. Bross
2139 Chuckwagon Road, Ste. 305
Colorado Springs, Colorado 80919
(719) 634-7734
dbross@dianebrosslaw.com

For Defendant:

| | |
|---|---|
| John F. Walsh | Stephanie Lynn F. Kiley |
| United States Attorney | Special Assistant United States Attorney |
| | Office of the General Counsel |
| J.B. García | Social Security Administration |
| Assistant United States Attorney | 1961 Stout Street, 4169 |
| District of Colorado | Denver, Colorado 80294-4003 |
| | (303) 844-0815 |
| | stephanie.kiley@ssa.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

### 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    Date Complaint Was Filed: August 2, 2013

    B.    Date Complaint Was Served on U.S. Attorney's Office: August 12, 2013

    C.    Date Answer and Administrative Record Were Filed: October 23, 2013

### 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

### 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

Neither party intends to submit additional evidence.

### 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

### 7. OTHER MATTERS

The parties have no other matters to bring to the attention of the Court.

The parties state that this case is not on appeal from a decision issued on remand from this Court.

### 8. BRIEFING SCHEDULE

    A.    Plaintiff's Opening Brief Due:  December 23, 2013

    B.    Defendant's Response Brief Due:  January 22, 2014

    C.    Plaintiff's Reply Brief (If Any) Due:  February 6, 2014

### 9. STATEMENTS REGARDING ORAL ARGUMENT

    A.    Plaintiff's Statement: Plaintiff does not request oral argument

    B.    Defendant's Statement:  Defendant does not request oral argument

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

- A.   ( )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

- B.   ( X )  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 29th day of October, 2013.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:                                              UNITED STATES ATTORNEY

/s/ Diane K. Bross                                     /s/Stephanie Lynn F. Kiley
Diane K. Bross                                         By: Stephanie Lynn F. Kiley
2139 Chuckwagon Rd., Ste. 305                          Special Assistant U.S. Attorney
Colorado Springs, CO 80919                             1961 Stout Street, 4169
                                                       Denver, Colorado 80294-4003
dbross@dianebrosslaw.com                               stephanie.kiley@ssa.gov
Attorney for Plaintiff