IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-2066 -AP

Mandi Lollar,

    Plaintiff,

v.

Carolyn Colvin, Acting Commissioner of Social Security,

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
Diane K. Bross
2139 Chuckwagon Road, Ste. 305
Colorado Springs, Colorado 80919
(719) 634-7734
dbross@dianebrosslaw.com

For Defendant:

| | |
|---|---|
| John F. Walsh | Stephanie Lynn F. Kiley |
| United States Attorney | Special Assistant United States Attorney |
| | Office of the General Counsel |
| J.B. García | Social Security Administration |
| Assistant United States Attorney | 1961 Stout Street, 4169 |
| District of Colorado | Denver, Colorado 80294-4003 |
| | (303) 844-0815 |
| | stephanie.kiley@ssa.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

- 1 -

3.  DATES OF FILING OF RELEVANT PLEADINGS

    A.   Date Complaint Was Filed: August 2, 2013

    B.   Date Complaint Was Served on U.S. Attorney's Office: August 12, 2013

    C.   Date Answer and Administrative Record Were Filed: October 23, 2013

4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

5.  STATEMENT REGARDING ADDITIONAL EVIDENCE

Neither party intends to submit additional evidence.

6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

7.  OTHER MATTERS

The parties have no other matters to bring to the attention of the Court.

The parties state that this case is not on appeal from a decision issued on remand from this Court.

8.  BRIEFING SCHEDULE

    A.   Plaintiff's Opening Brief Due:  December 23, 2013

    B.   Defendant's Response Brief Due:  January 22, 2014

    C.   Plaintiff's Reply Brief (If Any) Due:  February 6, 2014

9.  STATEMENTS REGARDING ORAL ARGUMENT

    A.   Plaintiff's Statement: Plaintiff does not request oral argument

    B.   Defendant's Statement:  Defendant does not request oral argument

### 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

- A.  **(  )**  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

- B.  **(  X  )**  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

### 11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 29th day of October, 2013.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

UNITED STATES ATTORNEY

/s/ Diane K. Bross
Diane K. Bross
2139 Chuckwagon Rd., Ste. 305
Colorado Springs, CO 80919

dbross@dianebrosslaw.com
Attorney for Plaintiff

/s/Stephanie Lynn F. Kiley
By: Stephanie Lynn F. Kiley
Special Assistant U.S. Attorney
1961 Stout Street, 4169
Denver, Colorado 80294-4003
stephanie.kiley@ssa.gov