IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02066-LTB

MANDI M. LOLLAR,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

    Defendant.

## FINAL JUDGMENT

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Lewis T. Babcock on April 21, 2015, incorporated herein by reference, it is

    ORDERED that the Commissioner's final order is REVERSED.  It is

    FURTHER ORDERED that the matter is REMANDED to the Commissioner for further proceedings consistent with this order and judgment.  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff, Mandi M. Lollar, and against Defendant, Carolyn W. Colvin, Acting Commissioner of the Social Security Administration.

    DATED at Denver, Colorado this  21st  day of April, 2015.

    FOR THE COURT:

    JEFFREY P. COLWELL, CLERK

    By: s/Emily Buchanan
    Emily Buchanan, Deputy Clerk