IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.  13-cv-02066-LTB

MANDI  LOLLAR,

       Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

       Defendant.

___

ORDER
___

The Motion for Order Approving Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act (Doc 24 - filed May 21, 2015) is **GRANTED**.  Defendant shall pay to Plaintiff, through counsel, attorney fees and expenses in the amount of $5.700.00.  The Commissioner agrees that Plaintiff's payment will be delivered to Plaintiff's attorney at her office at 2139 Chuckwagon Road, Suite 305, Colorado Springs, CO.

                   BY THE COURT:

                     s/Lewis T. Babcock
                   Lewis T. Babcock

DATED: May 26, 2015